IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 09 2018
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

**PHYLLIS ANDERSON-MILLER**                           PLAINTIFF

vs.                    NO. 4:18cv020-KGB

**BAPTIST HEALTH**                                   DEFENDANT

## COMPLAINT

Plaintiff, Phyllis Anderson-Miller ("Plaintiff"), by and through her attorney, Maximillan Sprinkle, files this Complaint against Defendant, Baptist Health ("Defendant"), to recover damages and to secure equitable and other relief under the governing statutes and states as follows:

This case assigned to District Judge Baker
and to Magistrate Judge Harris

### JURISDICTION AND VENUE

1. Plaintiff brings this action under the laws of the United States of America and the State of Arkansas, in particular, Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.* ("Title VII"); 42 U.S.C. § 1981; and 42 U.S.C. § 1988. Plaintiff brings this action under the Arkansas Civil Rights Act ("ACRA") of 1993, Ark. Code Ann. § 16-123-107(a)(1). This Court's jurisdiction is invoked pursuant to 28 U.S.C. § 1331, 28 U.S. Code § 1332, 28 U.S.C. § 1367, and Ark. Code Ann. § 16-123-107(c)(1)(A).

2. Venue is proper, pursuant to 28 U.S.C. § 1391. The actions complained of herein occurred within the jurisdiction of this Court and involve Defendants located within the jurisdiction of this Court and Defendants that continuously and systematically directed their activities within the jurisdiction of this Court. All causes of action made part of this suit arise from actions or inaction by the Defendant, who employed the Plaintiff in the City of Little Rock, in Pulaski County, Arkansas.

3. Jurisdiction and venue are proper with this Court.

## PARTIES

4. Plaintiff, Phyllis Anderson-Miller, is a resident of Pulaski County, Arkansas. The causes of action asserted herein arise in part from employment actions that were directed to the Plaintiff and enacted largely in the City of Little Rock, Arkansas.

5. Defendant, Baptist Health, is a domestic non-profit corporation, organized under the laws of the State of Arkansas. Its principal place of business is 9601 BAPTIST HEALTH DRIVE LITTLE ROCK, AR 72205. The causes of action asserted herein arise in part from employment actions by this Defendant that occurred in the city of Little Rock, Arkansas.

6. Whenever the term "Defendants" is utilized within this suit without a modifier, such term collectively refers to and includes all named Defendants in this lawsuit.

7. At all times pertinent, each Defendant was the Plaintiff's employer, pursuant to Title VII of the Civil Rights Act of 1964 (as amended), 42 U.S.C. sec 2000 (et. seq).

8. The jurisdiction of this Court is invoked in part to secure protection and redress deprivation of rights guaranteed by both, federal, and state law, which rights provide for injunctive relief and other relief for illegal employment discrimination. The amount in controversy in this action exceeds the jurisdictional limits of this Court.

## NATURE OF CAUSE OF ACTION

9. This Complaint states civil rights causes of action to recover compensatory and punitive damages against Defendants for unlawful discrimination and retaliation based on race, gender, and age.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

10. Plaintiff has exhausted her administrative remedies. On September 29, 2017, Plaintiff filed an administrative Charge of Discrimination with the Equal Employment Opportunity Commission ("EEOC"). In said administrative Charge of Discrimination, Plaintiff asserted that she was subjected to discrimination and retaliation by her employer. The Charge of Discrimination was accepted by the EEOC, which issued a "Notice of Suit Rights" on or about October 5, 2017.

11. On or about November 21, 2017, Plaintiff filed another administrative Charge of Discrimination with the Equal Employment Opportunity Commission ("EEOC"). In said administrative Charge of Discrimination, Plaintiff asserted that the retaliation by her employer continued. The Charge of Discrimination was accepted by the EEOC, which issued a "Notice of Suit Rights" on or about December 1, 2017.

## FACTUAL ALLEGATIONS

12. Plaintiff incorporates all allegations contained in Paragraphs 1 - 12.

13. Defendants' actions outlined below are unlawful discrimination against the Plaintiff and retaliation directed at the Plaintiff.

14. Defendant operated and managed its businesses so as to maximize profits by reducing costs associated with compliance with the state and federal laws intended to protect workers, such as the Plaintiff.

15. Defendant negligently failed to adequately train employees to prevent the types of discriminatory and retaliatory actions that were taken against the Plaintiff.

16. As a direct and proximate result of Defendant's willful, intentional, and malicious conduct, the Plaintiff suffered injuries including, but not limited to, lost wages,

lost income, attorneys fees, other economic damages, and undue anxiety, in an amount in excess of that needed for diversity jurisdiction.

17.     All of the injuries and damages complained of herein were foreseeable and proximately resulted from the conduct of Defendants.

18.     Defendant, Baptist Health, exercised control over the day-to-day operations of the worksite where Dr. Miller worked by mandating policies, procedures, and directly controlling employees.

19.     Defendant, Baptist Health, is vicariously liable for the acts and omissions of all persons or entities under its control, either directly or indirectly, including employees, agents, consultants and independent contractors, whether in-house or outside entities, individuals or agencies causing or contributing to the injuries of the Plaintiff.

**COUNTS OF DISCRIMINATION BASED ON TITLE VII AND THE ACRA**

20.     Plaintiff reassert and incorporate all allegations contained in Paragraphs 1 – 20 as set forth word for word.

21.     The acts and failures of each committed in person and by and through its supervisory agents and employees, constituted unlawful conduct in that they discriminated against the Plaintiff because of her gender and race.

22.     Title VII declares that people have the right to obtain and hold employment free of discrimination on the basis of race, national origin, or other immutable characteristic, and it protects the Plaintiff from harassment and a hostile work environment.

23. ACRA of 1993 declares that a citizen of the State of Arkansas has the right to obtain and hold employment free of discrimination on the basis of his race or any other immutable characteristic. Ark. Code Ann. § 16-123-107(a)(1).

24. Still, Defendants discriminated against the Plaintiff because of her gender and race, as described in this Complaint.

25. Defendants terminated the Plaintiff's employment ostensibly for reasons that would not result in termination for a male employee.

26. The discriminatory acts and omissions of Defendants, in person and by and through their agents and managers, were willfully and intentionally committed with malice and with reckless indifference to the federally protected rights of the Plaintiffs, and they constitute unlawful conduct proscribed by Title VII, the ADA and in violation of the law and public policy of Arkansas. Ark. Code Ann. § 16-123-107 *et seq*.

27. As a direct and proximate result of Defendant's willful and intentional acts and omissions alleged herein, the Plaintiff suffered lost pay, lost wages, unlawful termination, undue hardship, undue anxiety, and other damages complained of elsewhere in this Complaint in an amount to be proven at trial in excess of that required for diversity jurisdiction.

28. The Plaintiff pray for all compensatory and punitive damages against Defendants, including, but not limited to, unpaid wages, front pay, back pay, damages resulting from unreasonably delayed payment of wages, liquidated damages, attorneys' fees and costs, and all other relief to which Plaintiff is entitled to by law, in an amount in excess of that needed for diversity jurisdiction.

## **RETALIATION**

29.     Plaintiff incorporates herein by this reference all of the statements and allegations contained in Paragraphs 1 through 46 as set forth word for word.

30.     Title VII prohibits retaliation against an employee by an employer for reporting or complaining of discriminatory conduct.  42 U.S.C. § 2000e-3.

31.     The acts and failures of Defendants, personally committed and committed by and through their supervisory agents and employees, constituted unlawful conduct in that they retaliated against the Plaintiff for complaining of and reporting discriminatory conduct.

32.     After the Plaintiff complained of the unlawful discrimination, Defendants treated her differently and created a hostile work environment, as described in this Complaint.

33.     The acts and failures to act of Defendant, by and through its supervisory agents and employees, constitute unlawful conduct proscribed by 42 U.S.C. § 2000e *et seq.*

34.     As a direct and proximate cause of Defendant's acts and omissions alleged herein, Plaintiff has suffered lost pay, lost wages, unlawful termination, undue hardship, undue anxiety, financial hardship, extreme emotional distress, mental anguish, and damages described elsewhere in this Complaint in an amount to be proven at trial.

35.     The Plaintiff pray for all compensatory and punitive damages against Defendants, including, but not limited to, unpaid wages, front pay, back pay, damages resulting from unreasonably delayed payment of wages, liquidated damages, attorneys'

fees and costs, and all other relief to which Plaintiff is entitled to by law, in an amount in excess of that needed for diversity jurisdiction.

## **JURY TRIAL DEMANDED**

36. The Plaintiff hereby demands a jury trial on all factual issues.

WHEREFORE, Plaintiff requests a jury trial and seeks judgment in her favor as follows:

   a) For compensatory, consequential, statutory and incidental damages complained herein and permitted by law, in an amount in excess of the minimum amount for federal court diversity jurisdiction and in an amount adequate to compensate Plaintiff for the injuries and damages sustained, in an amount in excess of that needed for diversity jurisdiction;

   b) A declaration that Plaintiff has been subjected to unlawful discriminatory practices in the workplace

   c) For all general, special, and liquidated damages caused by the alleged conduct of Defendants including, but not limited to back pay, front pay, unpaid wages, and other compensatory damages;

   d) For all general and special damages caused by the alleged conduct of Defendant;

   e) An award of punitive damages to be proven at trial;

   f) An apology;

   g) For costs of litigating this case, including attorney's fees and costs;

   h) All other equitable, legal, and just relief to which the Plaintiff are entitled.

Respectfully submitted,

**PHYLLIS ANDERSON-MILLER**

By: _____
Maximillan R. X. Sprinkle, Esq.
(AR BAR 2013-030)
300 S. Spring Street, Suite. 604
Little Rock, AR 72201
frontdesk@sprinklefirm.com
(501) 235-8222 Office
(501) 235-8210 Facsimile

EEOC Form 161 (11/16)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

**To:** Phyllis Anderson-Miller
6426 The Divide Pkwy Unit 305
Little Rock, AR 72223

**From:** Little Rock Area Office
820 Louisiana
Suite 200
Little Rock, AR 72201

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 493-2018-00293 | Tyrone Y. Blanks, Investigator | (501) 324-5083 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_William A. Cash, Jr._ (signature)

William A. Cash, Jr.,
Area Office Director

**DEC 0 1 2017**
*(Date Mailed)*

Enclosures(s)

cc: Renee Bearfield
HR Specialist III
BAPTIST HEALTH
9601 Interstate 630 Exit 7
Little Rock, AR 72205

Ex. A

EEOC Form 161 (11/16)      **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Phyllis Anderson-Miller<br>6426 The Divide Pkwy Unit 305<br>Little Rock, AR 72223 | From: | Little Rock Area Office<br>820 Louisiana<br>Suite 200<br>Little Rock, AR 72201 |
|---|---|---|---|

*hand delivered*
*11/13/17 VP*

[ ]   On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 493-2017-01739 | Matilda S. Louvring, Investigator | (501) 324-5535 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*William A. Cash, Jr.*      OCT 0 5 2017

Enclosures(s)     **William A. Cash, Jr.,**      *(Date Mailed)*
                **Area Office Director**

cc:   **Renee Bearfield**
     **HR Specialist III**
     **BAPTIST HEALTH**
     **9601 Interstate 630 Exit 7**
     **Little Rock, AR 72205**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 493-2018-00293 |
| | | and EEOC |

_State or local Agency, if any_

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Dr. Phyllis Anderson-Miller | (718) 598-0933 | 1957 |

Street Address: 6426 The Divide Pkwy Unit 305, Little Rock, AR 72223

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| BAPTIST HEALTH | 201 - 500 | (501) 202-2000 |

Street Address: 9601 Interstate 630 Exit 7, Little Rock, AR 72205

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 10-26-2017   Latest: 11-21-2017
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I filed a previous charge of discrimination (493-2017-01739) on September 29, 2017. Since that filing I have been and continue to be subjected to unequal terms and conditions of employment by my immediate supervisor. I have been excluded from email informational threads that affects my ability to perform my job successfully. I have been subjected to acts of intimidation and harassment by my supervisor. In one instance she tells me my information is too broad, then complains that the information I submit is like a dissertation. There is also a continuation of micro-aggression that I have experienced from my supervisor to the extent that I voluntarily demoted myself from the position of Systems Coding Manager to that of System Coding Educator.

I believe that I have been and continue to be subjected to a difference in the terms of my employment because in retaliation for filing a previous charge in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Nov 21, 2017
Date / Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>493-2017-01739<br>and EEOC |
|---|---|---|

State or local Agency, if any

1964, as amended, and due to my age, 61, in violation of the Age Discrimination in Employment Act of 1967, as amended.

RECEIVED SEP 29 2017

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Sep 29, 2017       [signature]<br>Date            Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>493-2017-01739 and EEOC |
|---|---|---|

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.)<br>Dr. Phyllis Anderson-Miller | Home Phone (Incl. Area Code)<br>(718) 598-0933 | Date of Birth<br>1957 |
|---|---|---|

Street Address: 6426 The Divide Pkwy Unit 305, Little Rock, AR 72223

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>BAPTIST HEALTH | No. Employees, Members<br>500+ | Phone No. (Include Area Code)<br>(501) 202-2000 |
|---|---|---|

Street Address: 9601 Interstate 630 Exit 7, Little Rock, AR 72205

RECEIVED SEP 29 2017

DISCRIMINATION BASED ON (Check appropriate box(es).)
☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 08-25-2017   Latest: 09-18-2017
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired on or about October 31, 2016 and I am employed as a Manager-System Coding Services. On or about August 25, 2017 I complained to Human Resources about feeling excluded, not being treated fairly, lack of acknowledgement, hostile work environment, and not allowing free flow of communication, all which I believe are micro aggressions from my Supervisor. On or about August 28, 2017 I was disciplined and placed on a performance improvement plan (PIP).

I have not had any feedback from Human Resources about my complaint. I was disciplined and placed on a PIP for: struggling with core concepts of managing a department, management, staff, colleagues want direct answers and communication at all levels has been an issue with complaints internally and from outside entities.

I believe that I have been disciplined and subjected to micro aggressions, due to my race, Black, and in retaliation for complaining to human resources, in violation of Title VII of the Civil Rights Act of

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br>I declare under penalty of perjury that the above is true and correct. | NOTARY – When necessary for State and Local Agency Requirements<br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
|---|---|
| Sep 29, 2017<br>Date      Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |